# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Vallus Dakari Dublin                          Docket No. 5:11-CR-301-1BO

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Vallus Dakari Dublin, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(c), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 20, 2012, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

Vallus Dakari Dublin was released from custody on March 7, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant provided a urine screen on July 14, 2014, which tested positive for the use of marijuana. Dublin initially denied any use of marijuana but ultimately admitted to this officer that he had smoked marijuana after "feeling stressed." To address this behavior, and in an effort to deter future drug use, we are recommending that Dublin be allowed exposure to appropriate substance abuse treatment. The defendant has been warned that an arrest warrant could be requested from the court subsequent to any future urinalysis tests returning positive for illegal drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Vallus Dakari Dublin
Docket No. 5:11-CR-301-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8682<br>Executed On: July 28, 2014 |

### ORDER OF COURT

Considered and ordered this __29__ day of __July__, 2014, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge